IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
CASE NUMBER:

| | |
|---|---|
| Progressive Northern Insurance Company,<br><br>                                Plaintiff,<br>v.<br><br>Maria G. Casiano De La Rosa,<br><br>                                Defendant. | **COMPLAINT**<br>**(Non-Jury)**<br>**(Declaratory Judgment)** |

The Plaintiff, Progressive Northern Insurance Company (hereinafter "Progressive Northern"), seeks declaratory relief to determine the rights of the parties and alleges and shows as follows:

## PARTIES AND JURISDICTION

1.      Progressive Northern is an insurance company organized and existing pursuant to the laws of the State of Wisconsin, with its principal place of business in the State of Wisconsin. Progressive Northern is authorized to transact business and underwrite insurance policies in the State of South Carolina.

2.      Upon information and belief, Defendant Maria G. Casiano De La Rosa is a citizen and resident of Anderson County, South Carolina.

3.      This matter is brought pursuant to Rule 57 of the Federal Rules of Civil Procedure and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 et seq.; there is a real or justiciable controversy between the parties, and by these proceedings Plaintiff asks this Court to inquire into and declare the rights and obligations of the parties hereto arising out of the facts set forth below.

4. Venue is proper in this Division and this Court pursuant to 28 U.S.C. 1391(b)(1) because Defendant Maria G. Casiano De La Rosa is a citizen and resident of Anderson County, South Carolina.

5. The amount in controversy exceeds Seventy-Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interests and costs. There is complete diversity of citizenship. Therefore, this Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1332(a)(1).

## FACTS

### A. The Progressive Auto Policy

6. On February 9, 2019, Maria G. Casiano De La Rosa applied online for an insurance policy with Progressive Northern.

7. On February 9, 2019, Maria G. Casiano De La Rosa completed an online an application packet. The application packet included an underinsured motorist offer form ("UIM") through which Progressive Northern offered her UIM coverage. Maria G. Casiano De La Rosa electronically signed (via DocuSign) the UIM offer form rejecting UIM coverage. A copy of the signed UIM offer form is attached hereto as Exhibit A. Therefore, Progressive Northern issued to Maria G. Casiano De La Rosa an automobile policy without UIM coverage, Policy No. 927350815, which listed a 1990 Toyota Pickup Club Cab Pickup (VIN No. JT4RN93D5L5013670), a 2008 Honda CR-V 4 Door Wagon (VIN No. 3CZRE38318G704427), and a 2001 Nissan Frontier Crew Pickup (VIN No. 1N6MD27T71C354015) as the insured vehicles and Maria G. Casiano De La Rosa as the only named insured and insured driver (hereinafter the "Policy"). A copy of the original Policy declarations page is attached hereto as Exhibit B.

8. Upon information and belief, Defendant Maria G. Casiano De La Rosa sustained serious injuries as a result of the November 20, 2021 accident. The parties have stipulated that if the policy is reformed, Progressive Northern will pay the applicable underinsured motorist bodily injury policy limits to Defendant; however, the parties have further stipulated that if the policy is not reformed then no payment whatsoever will be owed to Defendant.

### FOR A FIRST DECLARATION

9. Progressive Northern repeats and re-alleges each and every one of the allegations set forth above as if set forth verbatim below.

10. Progressive Northern would show that it made a meaningful offer of UIM coverage when Maria G. Casiano De La Rosa applied for the Policy in 2019 and Maria G. Casiano De La Rosa rejected UIM coverage by completing and signing the UIM offer form dated February 9, 2019.

11. In conformity with Maria G. Casiano De La Rosa's rejection, the Policy does not provide UIM coverage.

12. After the initial issuance of the Progressive Northern Policy, each subsequent declarations page sent to the insureds evidenced Maria G. Casiano De La Rosa's rejection of UIM coverage.

13. At no time prior to the November 20, 2021 accident did any insured request that UIM coverage be added to the Progressive Policy.

14. Therefore, Progressive Northern is entitled to a declaration that its Policy does not provide UIM coverage for the accident at issue.

**WHEREFORE**, Progressive Northern respectfully requests that this Court inquire into these matters and declare that the Progressive Northern Auto Policy does not provide UIM

coverage for the November 20, 2021 accident at issue, together with the costs of this action and such other and further relief as the Court may deem just and proper.

                                              MURPHY & GRANTLAND, P.A.

                                              s/J.R. Murphy  
                                              J.R. Murphy, Esquire  
                                              Fed. I.D. No. 3119  
                                              P.O. Box 6648  
                                              Columbia, South Carolina 29260  
                                              (803) 782-4100  
                                              Attorneys for the Plaintiff

Columbia, South Carolina  
September 19, 2023