HOUSE OF INSURANCE
1518 CEDAR LN RD
GREENVILLE, SC 29617



MARIA G CASIANO DE LA ROSA
316 ANITA CT UNIT 25
WILLIAMSTON, SC 29697

**Policy Number: 927350815**
Underwritten by:
Progressive Northern Insurance Co
July 13, 2021
Policy Period: Aug 9, 2021 - Feb 9, 2022
Page 1 of 2

**1-864-501-0860**
HOUSE OF INSURANCE
Contact your agent for personalized service.

**progressiveagent.com**
Online Service
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary
## This is your Renewal Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on August 9, 2021 at 12:01 a.m. This policy expires on February 9, 2022 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle. The policy contract is form 9611A SC (10/14). The contract is modified by forms A048 SC (07/11) and Z357 (05/06).

## Underwriting Company

Progressive Northern Insurance Co
P.O. Box 6807
Cleveland , OH 44101
1-800-876-5581

## Drivers and resident relatives

| | Additional information |
|---|---|
| MARIA G CASIANO DE LA ROSA | Named insured |
| MISAEL GALLARDO | |

## Outline of coverage

**1990 TOYOTA PICKUP CLUB CAB PICKUP**
VIN: **JT4RN93D5L5013670**
Garaging ZIP Code: 29697
Primary use of the vehicle: Commute
Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $139 |
|   Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Uninsured Motorist | | | 14 |
|   Bodily Injury | $25,000 each person/$50,000 each accident | | |
|   Property Damage | $25,000 each accident | $200 | |
| Underinsured Motorist Bodily Injury | Rejected | | -- |
| Total premium for 1990 TOYOTA | | | $153 |

Form 6489 SC (02/18)



Continued

Policy Number: 927350815  
MARIA G CASIANO DE LA ROSA  
Page 2 of 2

### 2008 HONDA CR-V 4 DOOR WAGON
VIN: **3CZRE38318G704427**

Garaging ZIP Code: 29697

Primary use of the vehicle: Commute

Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $287 |
|   Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Uninsured Motorist | | | 34 |
|   Bodily Injury | $25,000 each person/$50,000 each accident | | |
|   Property Damage | $25,000 each accident | $200 | |
| Underinsured Motorist Bodily Injury | Rejected | | -- |
| Comprehensive | Actual Cash Value | $500 | 52 |
|   Comprehensive Window Glass | | $0 glass | |
| Collision | Actual Cash Value | $500/$0 glass | 111 |
| Total premium for 2008 HONDA | | | **$484** |

### 2001 NISSAN FRONTIER CREW PICKUP
VIN: **1N6MD27T71C354015**

Garaging ZIP Code: 29697

Primary use of the vehicle: Commute

Length of vehicle ownership when policy started or vehicle added: 5 years or more

Information regarding your vehicle history (prior damage, theft or title issues) has impacted how we determine your premium.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $250 |
|   Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Uninsured Motorist | | | 24 |
|   Bodily Injury | $25,000 each person/$50,000 each accident | | |
|   Property Damage | $25,000 each accident | $200 | |
| Underinsured Motorist Bodily Injury | Rejected | | -- |
| Total premium for 2001 NISSAN | | | **$274** |
| **Subtotal policy premium** | | | **$911.00** |
| South Carolina Uninsured Motorist Fund charge | | | 3.00 |
| **Total 6 month policy premium and fees** | | | **$914.00** |
| Discount if paid in full | | | -141.00 |
| **Total 6 month policy premium if paid in full and fees** | | | **$773.00** |

## Premium discounts

| Policy | |
|---|---|
| 927350815 | Multi-Car and Continuous Insurance: Gold |

Form 6489 SC (02/18)